FILED

FEB - 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court
# For the District of Columbia

SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006

        Plaintiff

VS

NATIONAL PARK SERVICE, an agency of
United States Department of the Interior,
1849 C Street, N.W.
Washington, D.C. 20240

        Defendant

Civil Action l

CASE NUMBER  1:07CV00281

JUDGE: Richard W. Roberts

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 02/07/2007

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Saltman & Stevens, P.C.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Saltman & Stevens, P.C.__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.C. Bar No. 191510
BAR IDENTIFICATION NO.

Alan I. Saltman
Print Name

1801 K Street, N.W., Suite M-110
Address

Washington, D.C. 20006
City    State    Zip Code

202-452-2140
Phone Number

2