IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALTMAN & STEVENS, P.C. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-0281(RWR) |
| ) | |
| NATIONAL PARK SERVICE, an agency of ) | |
| UNITED STATES DEPARTMENT OF ) | |
| INTERIOR ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Wyneva Johnson, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

/s/
WYNEVA JOHNSON, D.C. Bar #278515
Assistant United States Attorney
555 Fourth Street, N.W., E-4106
Washington, D.C.  20530
(202) 514-7224