IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALTMAN & STEVENS, P.C. )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL PARK SERVICE, an agency of )<br>UNITED STATES DEPARTMENT OF )<br>INTERIOR )<br>)<br>Defendant. )<br>) | Civil Action No. 07-0281(RWR) |

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court for an Enlargement of Time up to and including April 12, 2007 to answer or respond to Plaintiff's FOIA action. Defendant's answer or response to Plaintiff's Complaint for Declaratory and Injunctive Relief is due March 15, 2007. This is Defendant's first request for an enlargement of time. Plaintiff's counsel does not oppose this Motion.

The additional time is requested because counsel has not completed the discussions and coordination with the Agency with regard to the filing of Defendant's answer or response to this FOIA action. In addition, the Agency Counsel is on leave from February 27, 2007 - March 2, 2007. Counsel will be away from the office for mandatory training on March 8-9, 2007. These absences from the office for both Counsel will also impact Defendant's discussions and coordination with the Agency in preparing the answer or response to this FOIA action.

This request for enlargement is made in good faith and is in no way designed to delay the proceedings.

Accordingly, it is respectfully requested that Defendant shall have up to and including April 12, 2007 to answer or respond to Plaintiff's Complaint for Declaratory and Injunctive Relief.

Respectfully submitted,

/s/ *Jeffrey A. Taylor*
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/ *Rudolph Contreras*
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/ *Wyneva Johnson*
WYNEVA JOHNSON, DC Bar # 278515
Assistant United States Attorney
555 4th Street, N.W., E-4106
Washington, D.C. 20530

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALTMAN & STEVENS, P.C. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL PARK SERVICE, an agency of )<br>UNITED STATES DEPARTMENT OF )<br>INTERIOR )<br>)<br>Defendant. ) | Civil Action No. 07-0281(RWR) |

**ORDER**

UPON CONSIDERATION OF Defendant's Unopposed Motion for an Enlargement of Time, and for good cause shown, it is hereby

ORDERED that Defendant's motion is GRANTED. It is

FURTHER ORDERED that Defendant shall have up to and including April 12, 2007 to answer or respond to Plaintiff's Complaint for Declaratory and Injunctive Relief.

_____
UNITED STATES DISTRICT JUDGE

cc:
Wyneva Johnson
Assistant United States Attorney
555 4th Street, N.W. E-4106
Washington, D.C. 20530

Alan I. Saltman
Saltman & Stevens, P.C.
1801 K. Street, N.W.
Suite M-110
Washington, D.C. 20006