# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SALTMAN & STEVENS, P.C., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL PARK SERVICE, an agency of )<br>UNITED STATES DEPARTMENT OF THE INTERIOR, )<br>)<br>Defendant. )<br>) | C.A. No. 07-0281 (RWR) |

## Notice of Plaintiff's Voluntary Dismissal With Prejudice

Plaintiff respectfully notifies the court that pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) it voluntarily dismisses its claim against the defendant in this action. Plaintiff's dismissal is with prejudice.

Respectfully submitted,

/s/

Alan I. Saltman (D.C. Bar No. 191510 )
SALTMAN & STEVENS, P.C.
1801 K Street, N.W.
Suite M-110
Washington, D.C. 20006
(202) 452-2140

Counsel for Plaintiff

Dated: March 30, 2007